IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA NORWOOD, individually and as parent and next friend of TBL, a minor child; and TBL, a minor child,<br><br>  Plaintiffs,<br><br>v.<br><br>TRECIA DAWN MCCAMPBELL, individually and as the parent and next friend of TC, a minor child; TONY JEROME COLEMAN, individually and as the parent and next friend of TC, a minor child; TC, a minor child; and INDEPENDENT SCHOOL DISTRICT NO. 1 OF POTTAWATOMIE COUNTY, OKLAHOMA,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-19-00226-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is Defendant Independent School District No. 1 of Pottawatomie County, Oklahoma's Motion for Summary Judgment ("Motion"). [Doc. No. 31].

The Court decided the Motion at a hearing on September 30, 2022. Upon consideration of the law, the parties' filings, and as stated at the hearing, the Court **GRANTS** the Motion **IN PART** on Plaintiffs' federal constitutional claims brought under 42 U.S.C. § 1983 (Sixth Cause of Action). Under 28 U.S.C. § 1367, the Court **REMANDS** Plaintiffs' remaining state-law tort claims (Causes of Action One through Five) to the District Court of Pottawatomie County, State of Oklahoma, for further proceedings, where it was filed as case number CJ-2018-00469.

IT IS SO ORDERED this 30th day of September 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE